

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

APR 2 4 2008

UNITED STATES OF AMERICA

v.

JOSE LOPEZ-ALFARO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 1299-JLS
08 MJ 0990

I, JOSE LOPEZ-ALFARO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/24/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose lopez alfaro
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER